THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KHALIAH COLEMAN                                                                                 PLAINTIFF

v.                                    Case No. 4:20-cv-00557-KGB

ARKANSAS MUNICIPAL LEAGUE                                                          DEFENDANT

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 18). The parties file their motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which allows for dismissal without a court order when the parties file "a stipulation of dismissal signed by all parties who have appeared" (*Id.*). The parties also represent that "each party shall bear its own costs and attorney's fees" (*Id.*).

For good cause shown, the Court grants the motion and dismisses with prejudice this case (*Id.*). The Court denies as moot defendant Arkansas Municipal League's motion to compel (Dkt. No. 13) and the parties' joint motion for protective order (Dkt. No. 17).

It is so ordered this 21st day of July, 2022.

*[Signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge